THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS CASTLEGRANDE, Appellant.

Argued October 13, 1953; decided October 23, 1953.

*Samuel Bernstein, Maurice G. Fleischman* and *Alfred I. Dittler* for appellant.

*George B. De Luca, District Attorney (John B. Lee* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE and FROESSEL, JJ. FULD and VAN VOORHIS, JJ., dissent and vote to reverse and to dismiss the information upon the ground that the evidence fails to establish defendant's guilt beyond a reasonable doubt as matter of law. (*People* v. *Carpenito,* 292 N. Y. 498; *People* v. *Soshtain,* 288 N. Y. 658; *People* v. *Richardson,* 287 N. Y. 563; *People* v. *Marra,* 289 N. Y. 703.)